**Dismissed and Memorandum Opinion filed March 6, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00023-CV

---

**PAUL SIMPSON, Appellant**

**V.**

**PAUL COSELLI, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1103791**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a temporary restraining order signed January 8, 2018. According to the notice of appeal, appellant filed the appeal in the event this court did not exercise jurisdiction over a petition for writ of mandamus filed the same day. On January 12, 2018, this court issued an opinion conditionally granting mandamus relief in cause number 14-18-00019-CV; *In re Simpson*. This court held that the temporary restraining order is void and directed the trial court to vacate the order.

On January 12, 2018, the trial court signed an order vacating the temporary restraining order.

If our decision cannot have a practical effect on an existing controversy, the appeal is moot. *Houston Hous. Auth. v. Parrott*, No. 14-16-00249-CV, 2017 WL 3403621, at *3 (Tex. App.—Houston [14th Dist.] Aug. 8, 2017, no pet.) (mem. op.). On February 13, 2018, notification was transmitted to the parties of this court's intention to dismiss the appeal as moot unless on or before February 23, 2018, appellant filed a response demonstrating grounds for continuing the appeal.. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

We dismiss the appeal as moot.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Busby and Jewell.